

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00179-CR

---

HOMERO CONTRERAS, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 22nd District Court
Hays County, Texas
Trial Court No. CR-17-0252

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

# MEMORANDUM OPINION

Appellant Homero Contreras has filed a motion to dismiss this appeal.[1]  As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     April 15, 2019
Date Decided:       April 16, 2019

Do Not Publish

---

[1]Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).